IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:10CR237 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOEL JALAPA-ENRIQUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that, jury trial for the defendant, Joel Jalapa-Enriquez, is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 24, 2011 at 8:30 a.m.**

Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 7th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge